UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IL FORNAIO (AMERICA) LLC,

    Plaintiff,

v.

ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, LLC ERRONEOUSLY SUED AS ARTHUR J. GALLAGHER & CO. INSURANCE BROKERS OF CALIFORNIA, INC.,

    Defendant.

No. 23-cv-04378-WHA

**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S MOTION FOR EXPENSES**

On February 29, plaintiff was granted leave to file a motion of five pages regarding attorney's fees (Dkt. No. 52 at 24). Plaintiff has since filed a motion for expenses (Dkt. No. 60) but greatly exceeds the five allotted pages. The majority of the first six pages recapitulates the discovery disputes between plaintiff and defendant. Where there is new information provided (on the fifth page), plaintiff provides the amount it seeks in expenses, cites to one case, and refers to an attached declaration. Plaintiff is hereby **ORDERED TO SHOW CAUSE** as to why any of its arguments beyond the fifth page of its filing should be considered. Plaintiff's response is due **APRIL 9, 2024, AT NOON**. Further, defendant is permitted to respond to plaintiff's motion, but must do so by **APRIL 12, 2024, AT NOON**.

    **IT IS SO ORDERED.**

Dated: April 2, 2024.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE